**Order filed, May 8, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00346-CV

_____

**MEMORIAL CITY MALL, LP; MEMORIAL CITY MALL, GP, LLC; AND METRO NATIONAL CORPORATION, Appellant**

**V.**

**BERRYHILL HOT TAMALES CORPORATION, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-12461**

---

## ORDER

The reporter's record in this case was due **May 6, 2019**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michelle Miller Ognanovich**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM